# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 20-5070**

**September Term, 2019**

**1:20-cv-00154-UNA**

**Filed On:** August 13, 2020

Raymond Dakim Harris Joiner,

      Appellant

    v.

United States of America,

      Appellee

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Rogers and Griffith, Circuit Judges, and Sentelle, Senior Circuit Judge

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's March 9, 2020 order, dismissing appellant's complaint without prejudice, be affirmed. The district court correctly concluded that the complaint failed to set out "a short and plain statement of the claim showing that [appellant] is entitled to relief." Fed. R. Civ. P. 8(a).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

                  **FOR THE COURT:**
                  Mark J. Langer, Clerk

      BY:    /s/
               Daniel J. Reidy
               Deputy Clerk